UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY DAVID GRICE,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.  5:16-cv-02523-EJD<br><br>**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On May 20, 2016, Defendant filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  Dkt. No. 5.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either consent or declination to proceed before a United States Magistrate Judge on or before **May 27, 2016.**

**IT IS SO ORDERED.**

Dated:  May 23, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-02523-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE