UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY DAVID GRICE,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.  5:16-cv-02523-EJD<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

Because Plaintiff did not comply with the order filed on May 23, 2016 (Dkt. No. 6), the court schedules this case for a Status Conference at **10:00 a.m. on June 16, 2016.**  The parties shall file a Joint Status Conference Statement which provides, inter alia, the information required by the May 23rd order on or before **June 9, 2016.**

**IT IS SO ORDERED.**

Dated:  June 1, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-02523-EJD
ORDER SCHEDULING STATUS CONFERENCE