UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY DAVID GRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:16-cv-02523-EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

As all parties have now consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (Dkt. Nos. 5, 9), the Clerk shall reassign it to an available magistrate judge.

The Status Conference scheduled for June 16, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: June 7, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge